[Criminal No. 671. Filed March 19, 1928.]

[265 Pac. 626.]

SHEW CHIN, Appellant, v. STATE, Respondent.

Mr. L. L. Wallace and Messrs. Struckmeyer, Jennings & Strouss, for Appellant.

Mr. John W. Murphy, Attorney General, Mr. Frank J. Duffy, Assistant Attorney General, and Mr. J. Hubert Smith, County Attorney (Mr. W. E. Patterson and Mr. J. J. Sweeney, of Counsel), for the State.

PER CURIAM.—The appeal in this case is on all-fours, so far as the facts, the assignments of error, and the law are concerned, with that of *Sam* v. *State,* No. 670, *ante,* p. 421, 265 Pac. 622. For the reasons stated therein, the order of the superior court of Mohave county in this case is affirmed.